# EXHIBIT 2

## AMENDMENT 1 TO BOARD MEMBER SERVICES AGREEMENT

This Amendment 1 to the Board Member Services Agreement (the "**Amendment**") is made and entered into effective as of March 22, 2017 by and between Dr. Kurt Lauk (the "**Dr. Lauk**") and Solera Holdings, Inc. ("**Solera**") and together the "**Parties**".

### WITNESSETH

WHEREAS, Dr. Lauk and Solera are parties to a Board Member Services Agreement, dated December 14, 2016 (the "**Agreement**"), and mutually desire to amend certain terms of the Agreement regarding the annual director fee;

NOW THEREFORE, Solera and Dr. Lauk, each in consideration of the covenants and agreements of the other and intending to be legally bound, agree as follows:

Section 1(b) of the Agreement is hereby amended and restated as follows:

"(b) **Annual Director Fee**: effective beginning with Solera's fiscal year beginning April 1, 2017 and ending March 31, 2018 and each fiscal year thereafter during which Dr. Lauk provides Services, Solera will pay Dr. Lauk a fee of Seventy-One Thousand Four Hundred Dollars ($71,400) per fiscal year for the Services performed on behalf of Solera."

IN WITNESS WHEREOF, Dr. Lauk and Solera have executed this Amendment effective as of date first above written.

Name: Dr. Kurt Lauk

Solera Holdings, Inc.

By: _____
Jason Brady, Chief Administrative Officer,
General Counsel & Secretary