IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KURT LAUK,<br><br>              Plaintiff,<br><br>     v.<br><br>SOLERA GLOBAL HOLDING CORP. and<br>SOLERA HOLDINGS INC.<br><br>              Defendant. | C.A. No. 1:19-cv-1718-CFC |

**MOTION AND ORDER**
**FOR ADMISSIONS *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admissions pro hac vice of Bryce L. Friedman and Rachel S. Sparks Bradley of SIMPSON THACHER & BARTLETT LLP to represent defendants Solera Global Holding Corp. and Solera Holdings in this matter.

                                                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                */s/ John P. DiTomo*
                                                William M. Lafferty (#2755)
                                                John P. DiTomo (#4850)
                                                Alexandra M. Cumings (#6146)
                                                1201 North Market Street
                                                Wilmington, DE 19801
                                                (302) 658-9200

                                                *Attorneys for Defendants Solera Global*
                                                *Holding Corp. and Solera Holdings, Inc.*

September 20, 2019

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admissions *pro hac vice* of Bryce L. Friedman and Rachel S. Sparks Bradley is granted.

Dated: _____    _____
                                                          United States District Judge

# CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York, the United States District Courts for the Southern, Eastern and Western Districts of New York, and the United States Courts of Appeals for the Second, Third, Fourth, Fifth and Eleventh Circuits and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 8/30/2016, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated: 9-20-2019         */s/ Bryce L. Friedman*
                         Bryce L. Friedman
                         SIMPSON THACHER & BARTLETT LLP
                         425 Lexington Avenue
                         New York, NY 10017
                         (212) 455-2235
                         bfriedman@stblaw.com

# CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and the United States District Courts for the Eastern and Southern Districts of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 8/30/2016, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated: 9-20-2019

*/s/ Rachel S. Sparks Bradley*
Rachel S. Sparks Bradley
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
(212) 455-2421
rachel.sparksbradley@stblaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

*/s/ Alexandra M. Cumings*
Alexandra M. Cumings (#6146)