IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KURT LAUK,<br><br>                Plaintiff,<br><br>     v.<br><br>SOLERA GLOBAL HOLDING CORP. and<br>SOLERA HOLDINGS INC.<br><br>                Defendant. | C.A. No. 1:19-cv-1718-CFC |

## ENTRY OF APPEARANCE

Please enter the appearance of William M. Lafferty, John P. DiTomo and Alexandra M. Cumings of Morris, Nichols, Arsht & Tunnell LLP on behalf of Defendants Solera Global Holding Corp. and Solera Holdings, Inc. in the referenced matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

Bryce L. Friedman
Rachel S. Sparks Bradley
SIMPSON THACHER
    & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
(212) 455-2000

/s/ John P. DiTomo
William M. Lafferty (#2755)
John P. DiTomo (#4850)
Alexandra M. Cumings (#6146)
1201 N. Market Street
Wilmington, DE 19801
(302) 658-9200
wlafferty@mnat.com
jditomo@mnat.com
acumings@mnat.com
    *Attorneys for Defendants*
    *Solera Global Holding Corp. and Solera*
    *Holdings, Inc.*

September 20, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

/s/ Alexandra M. Cumings
Alexandra M. Cumings (#6146)