IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KURT LAUK,<br><br>               Plaintiff,<br><br>      v.<br><br>SOLERA GLOBAL HOLDING CORP. and<br>SOLERA HOLDINGS INC.<br><br>               Defendant. | C.A. No. 1:19-cv-1718-CFC |

**DEFENDANTS SOLERA GLOBAL HOLDING CORP. AND
<u>SOLERA HOLDINGS, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT</u>**

        Pursuant to Fed. R. Civ. P. 7.1, Defendants Solera Global Holding Corp. and Solera Holdings, Inc. hereby disclose that they are wholly owned by affiliates of Vista Equity Partners, Goldman, Sachs & Co., Koch Equity Development LLC, and other investors. No publicly held corporation owns 10% or more of Solera Global Holding Corp. or Solera Holdings, Inc.

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ John P. DiTomo*<br>William M. Lafferty (#2755)<br>John P. DiTomo (#4850)<br>Alexandra M. Cumings (#6146)<br>1201 North Market Street<br>Wilmington, DE 19801<br>(302) 658-9200 |
| OF COUNSEL:<br><br>Bryce L. Friedman<br>Rachel S. Sparks Bradley<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>(212) 455-2000<br><br>September 20, 2019 | *Attorneys for Defendants Solera Global Holding Corp. and Solera Holdings, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

*/s/ Alexandra M. Cumings*
Alexandra M. Cumings (#6146)