IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KURT LAUK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 19-1718-CFC/CJB |
| | ) | |
| SOLERA GLOBAL HOLDING | ) | |
| CORP., SOLERA HOLDINGS, INC. | ) | |
| and DOES 1 THROUGH 50, | ) | |
| INCLUSIVE, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

At Wilmington this 7th day of February, 2020, having considered the Report

and Recommendation issued by United States Magistrate Judge Christopher J.

Burke on January 22, 2020, and upon the expiration of the time allowed for

objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no

objections having been filed;

IT IS ORDERED that:

1. Magistrate Judge Burke's Report and Recommendation (D.I. 37) is

adopted.

2. Defendants' motion for judgment on the pleadings (D.I. 10) is granted in

part and denied in part.

_____
United States District Judge